```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

LAN T. TRAN                         *

          Plaintiff                 *

     vs.                            *   CIVIL ACTION NO. MJG-12-819

SCHLEE & STILLMAN, LLC, et al.      *

          Defendants                *

*    *    *    *    *    *    *    *    *
```

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted Defendants' motion seeking dismissal of all claims.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants Schlee and Stillman, LLC and David Schlee against Plaintiff Lan T. Tran dismissing all claims with prejudice with all assessable costs.

2. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Monday, June 25, 2012.

                                    _____/s/_____
                                    Marvin J. Garbis
                                    United States District Judge